159 A.3d 983

IN THE MATTER OF FRANK C. FUSCO, AN ATTORNEY
AT LAW (ATTORNEY NO. 007621995)

MARCH 24, 2017

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–020, concluding that **FRANK C. FUSCO** of **CLIFTON,** who was admitted to the bar of this State in 1995, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b)(failure to keep a client reasonably informed about the status of the matter) *RPC* 1.5(b)(failure to communicate in writing the basis or rate of the fee), and *RPC* 5.4(a) (sharing legal fees with a nonlawyer), and good cause appearing;

It is ORDERED that **FRANK C. FUSCO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.